UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of:<br>STEPHON WOODS<br>SSN:   XXX-XX-6547<br><br>                              Debtor(s). | CASE NO. 19-81105-CRJ-13<br><br>CHAPTER 13 |
| STEPHON WOODS<br><br>                              Plaintiff(s),<br>      v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br>WEBFINANCIAL HOLDING CORP., D/B/A<br>WEBBANK, and FINGERHUT<br><br>                              Defendant(s). | AP NO. 19-80044-CRJ-13 |

### ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANT FINANCIAL RECOVERY SERVICES, INC. PURSUANT TO BANKRUPTCY RULE 9011(b)(2)

On September 16, 2019, the Defendant Financial Recovery Services, Inc. (hereinafter "Defendant") filed its Answer to Plaintiff's Complaint, ECF No. 23, pursuant to which the Defendant asserts affirmative defenses challenging the ability of the Court to issue punitive damages under 11 U.S.C. § 362(k) based upon Alabama law and the Constitution of the State of Alabama. *See* Affirmative Defenses (Twenty-Third through Forty-Second).

The Defendant is hereby placed on notice that the assertion of the Affirmative Defenses set forth above constitutes grounds for potential Rule 9011 sanctions pursuant to Rule 9011(b)(2) of the Federal Rules of Bankruptcy Procedure as defenses and legal contentions that are not warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law to the extent the Defendant challenges the Court's authority to award punitive damages pursuant to 11 U.S.C. § 362(k) based upon Alabama law and the Constitution of the State of Alabama.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that counsel for the Defendant is hereby ordered to appear on **October 23, 2019** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the Federal Building, 101 Holmes Avenue, Huntsville, Alabama and show cause why the continued assertion of affirmative defenses challenging this Court's authority to enter a final order awarding punitive damages pursuant to 11 U.S.C. § 362(k) based upon Alabama law and the Constitution of the State of Alabama does not violate Rule 9011(b)(2), as the defenses are not warranted by existing law or by a nonfrivolous argument for the modification of existing law or establishment of new law. The Court, on its own initiative, pursuant to Rule 9011(c)(1)(B) will consider whether sanctions should be imposed.

Dated this the 19th day of September, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge