UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of:<br>STEPHON WOODS<br>SSN: XXX-XX-6547<br>  Debtor(s). | CASE NO. 19-81105-CRJ-13<br><br>CHAPTER 13 |
| STEPHON WOODS<br>  Plaintiff(s),<br>  v.<br>FINANCIAL RECOVERY SERVICES, INC.,<br>WEBFINANCIAL HOLDING CORP., D/B/A<br>WEBBANK, and FINGERHUT<br>  Defendant(s). | AP NO. 19-80044-CRJ-13 |

**ORDER VACATING ORDER TO SHOW CAUSE WHY SANCTIONS
SHOULD NOT BE IMPOSED AGAINST DEFENDANT
PURSUANT TO BANKRUPTCY RULE 9011(b)(2)**

On September 19, 2019, the Court entered an Order to Show Cause why Sanctions Should not be Imposed Against Defendant Financial Recovery Services, Inc. pursuant to Bankruptcy Rule 9011(b)(2) based upon Defendant's assertion of certain affirmative defenses challenging this Court's authority to enter a final order awarding punitive damages pursuant to 11 U.S.C. § 362(k) based upon Alabama law and the Constitution of the State of Alabama. Prior to the hearing scheduled on October 23, 2019, the Defendant filed a Reply to Show Cause Order ("Reply"), requesting permission to file an Amended Answer, attached as Exhibit A to the Reply, in which the Defendant no longer challenges the Court's authority to enter a final order awarding punitive damages pursuant to 11 U.S.C. § 362(k) based upon state law.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Order to Show Cause why Sanctions Should not be Imposed Against Defendant pursuant to Bankruptcy Rule 9011(b)(2) is hereby **VACATED**. The Defendant is hereby granted leave to file the Amended Answer.

Dated this the 25th day of September, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge